# Ex. A

US00D636074S

(12) **United States Design Patent**

Levine

(10) Patent No.: **US D636,074 S**

(45) Date of Patent: ** **Apr. 12, 2011**

(54) **MOUTHPIECE**

(76) Inventor: **Jonathan B. Levine**, Purchase, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/363,728**

(22) Filed: **Jun. 14, 2010**

(51) LOC (9) Cl. .................................. **24-01**

(52) U.S. Cl. .................. **D24/110.5**; D29/108; D24/181

(58) Field of Classification Search ...... D24/108–110.5,
D24/112–114, 181; 128/200.14–200.23,
128/203.12–203.24; D29/108
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D265,586 | S | * | 7/1982 | Sloan .......................... D24/127 |
| D277,605 | S | * | 2/1985 | Werrin ......................... D24/181 |
| 5,702,250 | A | | 12/1997 | Kipke |
| D418,918 | S | * | 1/2000 | Cunningham ............... D24/122 |
| D434,501 | S | * | 11/2000 | Redhage .................... D24/181 |
| 6,155,832 | A | | 12/2000 | Wiesel |
| 6,162,055 | A | | 12/2000 | Montgomery et al. |
| 6,343,933 | B1 | | 2/2002 | Montgomery et al. |
| 6,616,451 | B1 | | 9/2003 | Rizolu et al. |
| 6,623,272 | B2 | | 9/2003 | Clemans |
| D488,226 | S | * | 4/2004 | MacDonald et al. ........ D24/122 |
| 6,733,290 | B2 | | 5/2004 | West et al. |
| 6,752,627 | B2 | | 6/2004 | Lin |
| 6,783,363 | B2 | | 8/2004 | Eguchi et al. |
| 6,902,397 | B2 | | 6/2005 | Farrell et al. |
| 7,004,756 | B2 | | 2/2006 | Andersen |
| 7,086,862 | B2 | | 8/2006 | Craig |
| D528,655 | S | * | 9/2006 | Clawson ................. D24/110.5 |
| D529,615 | S | * | 10/2006 | Atz ............................. D24/181 |
| 7,144,249 | B2 | | 12/2006 | Rizoin et al. |
| 7,160,111 | B2 | | 1/2007 | Baughman |
| 7,223,270 | B2 | | 5/2007 | Altshuler et al. |
| 7,250,155 | B2 | | 7/2007 | Yamaguchi et al. |
| D554,259 | S | * | 10/2007 | Diacopoulos et al. ....... D24/110.5 |
| D594,125 | S | * | 6/2009 | Lesniak ...................... D24/181 |
| D603,101 | S | * | 10/2009 | Hirshberg .................. D29/108 |

| | | | | |
|---|---|---|---|---|
| D618,399 | S | * | 6/2010 | Manzo ........................ D29/108 |
| D618,806 | S | * | 6/2010 | Gelb ........................... D24/181 |
| D627,878 | S | * | 11/2010 | Bruns ......................... D24/122 |
| 2004/0193236 | A1 | | 9/2004 | Altshuler et al. |
| 2005/0053898 | A1 | | 3/2005 | Ghosh et al. |
| 2005/0064370 | A1 | | 3/2005 | Duret |
| 2005/0074717 | A1 | | 4/2005 | Cleary et al. |
| 2005/0158687 | A1 | | 7/2005 | Dahm |
| 2005/0172429 | A1 | | 8/2005 | Russell et al. |
| 2005/0202363 | A1 | | 9/2005 | Osterwalder |
| 2005/0231983 | A1 | | 10/2005 | Dahm |

(Continued)

OTHER PUBLICATIONS

http://www.exit15.com/briteteeth-laser-light-home-teeth-whitening
"Sunshine Smiles Brite-Teeth Laser Light Home Teeth Whitening" p.
760 Nov. 15, 2007.

(Continued)

Primary Examiner — Ian Simmons
Assistant Examiner — Charles D Hanson
(74) Attorney, Agent, or Firm — Michael A. Adler; Davidoff
Malito & Hutcher, LLP

(57) **CLAIM**

The ornamental design for a mouthpiece, as shown and
described.

**DESCRIPTION**

FIG. 1 is a front, right perspective of a mouthpiece showing
my new invention;
FIG. 2 is a rear, left side perspective view thereof.
FIG. 3 is a front view thereof.
FIG. 4 is a top view thereof.
FIG. 5 is a right side view thereof, the left side view being a
mirror image.
FIG. 6 is a rear view thereof; and,
FIG. 7 is a bottom view thereof.
The broken lines form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



**US D636,074 S**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2006/0019214 A1 | 1/2006 | Lawrence et al. |
| 2006/0141422 A1 | 6/2006 | Philp, Jr. et al. |
| 2006/0194164 A1 | 8/2006 | Altshuler et al. |
| 2006/0257822 A1 | 11/2006 | Ghosh et al. |
| 2007/0003905 A1 | 1/2007 | Nguyen et al. |
| 2007/0015112 A1 | 1/2007 | Hochman et al. |
| 2007/0020584 A1 | 1/2007 | Madray |
| 2008/0044796 A1 | 2/2008 | Hsu |

OTHER PUBLICATIONS

http://www.perfectlywhite.com/ "Welcome to Perfectly White.com (online since 2004)".

Smile Teeth Whitening Systems, 2005-2006 http://www.smileteeethwhitening.com/asupplies.html.

* cited by examiner



FIG. 1

FIG. 2

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

# Ex. B



US00D765255S

(12) **United States Design Patent**
Levine

(10) Patent No.: **US D765,255 S**
(45) Date of Patent: ✱✱ *Aug. 30, 2016

(54) **MOUTHPIECE**

(71) Applicant: **Jonathan B. Levine**, Purchase, NY (US)

(72) Inventor: **Jonathan B. Levine**, Purchase, NY (US)

(73) Assignee: **JBL Radical Innovations, LLC**

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/492,179**

(22) Filed: **May 29, 2014**

(51) LOC (10) Cl. ............................................ **24-02**

(52) **U.S. Cl.**
USPC ....................................................... **D24/181**

(58) **Field of Classification Search**
USPC ...................... D24/180–182, 176; D29/108;
433/18–19, 140, 141, 168.1, 215;
128/848, 859, 861–862; 602/902
CPC ...... A61C 9/0006; A61C 13/20; A61C 7/36;
A61C 7/08; A61C 7/00; A61C 7/06; A61C
17/0202; A61C 19/063; A61C 19/066;
A61M 16/0488; A61F 5/566
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,822,612 A | * | 2/1958 | Strickler | ...................... D24/180 |
| 5,277,203 A | * | 1/1994 | Hays | ............................. 128/861 |
| 6,895,970 B1 | * | 5/2005 | Lawrence et al. | ............. 128/848 |
| 7,530,355 B2 | * | 5/2009 | Berghash | .................... 128/861 |
| D636,074 S | * | 4/2011 | Levine | ......................... D24/181 |
| 8,371,853 B2 | * | 2/2013 | Levine | ......................... 433/215 |

* cited by examiner

*Primary Examiner* — Wan Laymon
(74) *Attorney, Agent, or Firm* — H. Jay Spiegel

(57) **CLAIM**
The ornamental design for a mouthpiece, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a mouthpiece showing my design;
FIG. **2** is a further perspective view thereof;
FIG. **3** is a yet further perspective view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a top view thereof; and,
FIG. **6** is a bottom view thereof.
Portions of the mouthpiece in FIGS. **1-6** depicted in broken lines do not form a part of the claimed design.

**1 Claim, 2 Drawing Sheets**





U.S. Patent        Aug. 30, 2016        Sheet 1 of 2        US D765,255 S

FIG. 1



FIG. 2



FIG. 3



FIG. 4





FIG.5

FIG. 6



# Ex. C

LAW OFFICES OF

# H. JAY SPIEGEL & ASSOCIATES

GENERAL CAUSES &
PATENT, TRADEMARK & COPYRIGHT CAUSES

D.C. BAR
VIRGINIA BAR
PATENT BAR
PHONE: (703) 619-0101
FAX: (703) 619-0110
WIRELESS: HJS@SPIEGELAW.COM
WWW.SPIEGELAW.COM
E-MAIL: JAYSPIEGEL@AOL.COM

SPIEGEL'S LANDING
8778 THOMAS J. STOCKTON PARKWAY
ALEXANDRIA, VIRGINIA 22308

MAIL ADDRESS: P.O. BOX 11
MOUNT VERNON, VIRGINIA 22121-0011

PARIS CORRESPONDENT
LANGER-NETTER-ADLER
53 AVENUE DE BRETEUIL
PARIS 75007 FRANCE
PHONE: 45 67 01 23
FACSIMILE: 45 67 33 86

July 22, 2016

Mr. Tony Mounce
BleachBright LLC
41 Veterans Memorial Blvd.
Kenner, LA   70062

<u>VIA E-MAIL</u>
tony@bleachbright.com

Re:   Glo Science, Inc.

Dear Mr. Mounce:

We are Patent Counsel to Glo Science, Inc. (Glo), the exclusive licensee of patent rights in and to dental mouthpieces used to facilitate tooth whitening and incorporating heat and illumination in an embedded circuit board to facilitate the whitening process.  Among the patent rights licensed by Glo relate to U.S. Patent No. D636,074 (Exhibit 1), and a pending patent application which will issue within the next two months (Exhibit 2: copies of formal drawings).

We recently became aware that your company has begun selling a mouthpiece using the mark "ibright" and protected in a plastic canister bearing the name "BleachBright" and the web address www.BleachBright.com.  The mouthpiece is remarkably similar in appearance to the mouthpieces depicted in the above-identified patent and patent application.  See Exhibit 3.

In the United States, the test for determining Design patent infringement entails comparing the patented design and the accused design and determining whether the ordinary observer, giving such attention as a purchaser usually gives would be induced to purchase one supposing it to be the other, taking into account any prior art known to the accused infringer.  See *Egyptian Goddess, Inc. v. Swissa, Inc.*, 543 F.3d 665 (Fed. Cir. 2008) (*en banc*).

In light of the above discussion, please respond to this letter within the next ten (10) days, explaining any distinctions you believe exist between the patent and patent application referenced above and the "ibright" mouthpiece you are selling, such that the ordinary observer would not be induced to purchase the "ibright" mouthpiece rather than Glo's mouthpiece, including identifying any prior art you took into account in making that determination.  We look forward to hearing from you.

Very truly yours,

H. JAY SPIEGEL & ASSOCIATES

H. Jay Spiegel

Attachments

cc:  Glo Science, Inc.

# EXHIBIT 1

US00D636074S

(12) **United States Design Patent**        (10) Patent No.:        **US D636,074 S**
Levine                                       (45) Date of Patent:    ** Apr. 12, 2011**

(54) **MOUTHPIECE**

(76) Inventor:   **Jonathan B. Levine**, Purchase, NY (US)

(**) Term:   **14 Years**

(21) Appl. No.:   **29/363,728**

(22) Filed:   **Jun. 14, 2010**

(51) LOC (9) Cl. .................................................. **24-01**
(52) U.S. Cl. .................. **D24/110.5**; D29/108; D24/181
(58) **Field of Classification Search** ...... D24/108–110.5,
D24/112–114, 181; 128/200.14–200.23,
128/203.12–203.24; D29/108
See application file for complete search history.

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D265,586 | S | * | 7/1982 | Sloan | D24/127 |
| D277,605 | S | * | 2/1985 | Werrin | D24/181 |
| 5,702,250 | A | | 12/1997 | Kipke | |
| D418,918 | S | * | 1/2000 | Cunningham | D24/122 |
| D434,501 | S | * | 11/2000 | Redhage | D24/181 |
| 6,155,832 | A | | 12/2000 | Wiesel | |
| 6,162,055 | A | | 12/2000 | Montgomery et al. | |
| 6,343,933 | B1 | | 2/2002 | Montgomery et al. | |
| 6,616,451 | B1 | | 9/2003 | Rizolu et al. | |
| 6,623,272 | B2 | | 9/2003 | Clemans | |
| D488,226 | S | * | 4/2004 | MacDonald et al. | D24/181 |
| 6,733,290 | B2 | | 5/2004 | West et al. | |
| 6,752,627 | B2 | | 6/2004 | Lin | |
| 6,783,363 | B2 | | 8/2004 | Eguchi et al. | |
| 6,902,397 | B2 | | 6/2005 | Farrell et al. | |
| 7,004,756 | B2 | | 2/2006 | Andersen | |
| 7,086,862 | B2 | | 8/2006 | Craig | |
| D528,655 | S | * | 9/2006 | Clawson | D24/110.5 |
| D529,615 | S | * | 10/2006 | Atz | D24/181 |
| 7,144,249 | B2 | | 12/2006 | Rizoin et al. | |
| 7,160,111 | B2 | | 1/2007 | Baughman | |
| 7,223,270 | B2 | | 5/2007 | Altshuler et al. | |
| 7,250,155 | B2 | | 7/2007 | Yamaguchi et al. | |
| D554,259 | S | * | 10/2007 | Diacopoulos et al. | D24/181 |
| D594,125 | S | * | 6/2009 | Lesniak | D24/181 |
| D603,101 | S | * | 10/2009 | Hirshberg | D29/108 |

| | | | | | |
|---|---|---|---|---|---|
| D618,399 | S | * | 6/2010 | Manzo | D29/108 |
| D618,806 | S | * | 6/2010 | Gelb | D24/181 |
| D627,878 | S | * | 11/2010 | Bruns | D24/122 |
| 2004/0193236 | A1 | | 9/2004 | Altshuler et al. | |
| 2005/0053898 | A1 | | 3/2005 | Ghosh et al. | |
| 2005/0064370 | A1 | | 3/2005 | Duret | |
| 2005/0074717 | A1 | | 4/2005 | Cleary et al. | |
| 2005/0158687 | A1 | | 7/2005 | Dahm | |
| 2005/0172429 | A1 | | 8/2005 | Russell et al. | |
| 2005/0202363 | A1 | | 9/2005 | Osterwalder | |
| 2005/0231983 | A1 | | 10/2005 | Dahm | |

(Continued)

OTHER PUBLICATIONS

http://www.exit15.com/briteteeth-laser-light-home-teeth-whitening
"Sunshine Smiles Brite-Teeth Laser Light Home Teeth Whitening" p.
760 Nov. 15, 2007.

(Continued)

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Charles D Hanson
(74) *Attorney, Agent, or Firm* — Michael A. Adler; Davidoff
Malito & Hutcher, LLP

(57)        **CLAIM**

The ornamental design for a mouthpiece, as shown and
described.

**DESCRIPTION**

FIG. **1** is a front, right perspective of a mouthpiece showing
my new invention;
FIG. **2** is a rear, left side perspective view thereof.
FIG. **3** is a front view thereof.
FIG. **4** is a top view thereof.
FIG. **5** is a right side view thereof, the left side view being a
mirror image.
FIG. **6** is a rear view thereof; and,
FIG. **7** is a bottom view thereof.
The broken lines form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



**US D636,074 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2006/0019214 A1 | 1/2006 | Lawrence et al. |
| 2006/0141422 A1 | 6/2006 | Philp, Jr. et al. |
| 2006/0194164 A1 | 8/2006 | Altshuler et al. |
| 2006/0257822 A1 | 11/2006 | Ghosh et al. |
| 2007/0003905 A1 | 1/2007 | Nguyen et al. |
| 2007/0015112 A1 | 1/2007 | Hochman et al. |
| 2007/0020584 A1 | 1/2007 | Madray |
| 2008/0044796 A1 | 2/2008 | Hsu |

## OTHER PUBLICATIONS

http://www.perfectlywhite.com/ "Welcome to Perfectly White.com (online since 2004)".

Smile Teeth Whitening Systems, 2005-2006 http://www.smileteeethwhitening.com/asupplies.html.

* cited by examiner



FIG. 1

FIG. 2

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

# EXHIBIT 2

FIG. 1



FIG. 2



FIG. 3



FIG. 4





FIG.5



FIG. 6

# EXHIBIT 3







# Ex. D

**From:** Jayspiegel@aol.com [mailto:Jayspiegel@aol.com]
**Sent:** Monday, September 5, 2016 4:43 PM
**To:** tony@bleachbright.com
**Cc:** jayspiegel@aol.com
**Subject:** IBRIGHT mouthpiece

Dear Mr. Mounce:

　　　　Further to our letter to you of July 22, 2016 (copy attached), I've also attached a copy of US Patent No. D 765,255 that issued on August 30, 2016.  Shortly after our letter was sent, you phoned me to briefly discuss the issues & indicated you would refer the matter to your attorney for response.  We have not heard from any attorney.

　　　　The attached patent copy corresponds to the drawings in Exhibit 2 to our earlier letter. Please provide a response to our earlier letter by no later than this Friday September 9, 2016. Thank you in advance.

　　　　　　H. Jay Spiegel

*H. Jay Spiegel*

H. Jay Spiegel & Associates
Intellectual Property Law
P.O. Box 11
Mount Vernon, VA 22121-0011
Phone: (703) 619-0101
Fax : (703) 619-0110
jayspiegel@aol.com
www.spiegelaw.com

*This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited.  If you have received this message in error, please notify the original sender or H. Jay Spiegel & Associates immediately by telephone at (703) 619-0101 or by return E-mail and delete this message, along with any attachments, from your computer.*